REBECCA D. EISEN, State Bar No. 96129
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: reisen@morganlewis.com

NICOLE A-J. GUSTAFSON, SBN 191745
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Phone: 213.612.2500
Fax: 213.612.2501
E-mail: ngustafson@morganlewis.com

Attorneys for Defendant
RBC DAIN RAUSCHER

FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KENNEDY; DAVID BRODSKY; on behalf of themselves, all other similarly situated, the general public and as "aggrieved employees" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiffs,<br><br>vs.<br><br>RBC DAIN RAUSCHER; ROYAL CANADA; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV-06-7475AHM (CTx)<br><br>Judge: A. Howard Matz<br><br>STIPULATION AND PROPOSED ORDER CONTINUING HEARING DATE RE DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PLAINTIFFS' FIRST THROUGH FIFTH, AND SEVENTH CAUSES OF ACTION<br><br>Date: January 8, 2007<br>Time: 10:00 A.M.<br>Courtroom: 14 |

Whereas, Defendant RBC Dain Rauscher noticed its Motion to Dismiss, or in the Alternative, to Stay Plaintiffs' First Through Fifth and Seventh Causes of Action (hereinafter the "Motion") for hearing on January 8, 2007.

DOCKETED ON CM
DEC 18 2006
BY _____ 002

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/914608.2

STIPULATION AND PROPOSED ORDER
CONTINUING HEARING DATE

1  Whereas, Plaintiff's opposition to Defendant's Motion is currently due on
2  December 26, 2006 and Defendant's reply is currently due on January 3, 2007;
3  Whereas, Plaintiff intends to oppose Defendant's motion;
4  Whereas, good cause exists to continue the hearing on Defendant's Motion
5  because the parties and their counsel will be on vacations and/or observing the
6  holidays during the weeks of December 25, 2006 and January 2, 2007, which
7  Defendant did not take into account at the time it filed its motion; and
8  Whereas, the current briefing schedule would conflict with pre-scheduled
9  holiday vacations.
10  It is hereby stipulated between the parties, through their attorneys of record,
11  as follows:
12  1.  The hearing on Defendant's Motion is continued to January 22, 2007.
13  2.  Plaintiff's opposition to the Motion will be due on or before Monday
14  January 8, 2007.
15  3.  Defendant's reply papers will be due on or before Tuesday, January
16  16, 2007.

Dated: December 14, 2006

MORGAN, LEWIS & BOCKIUS LLP
REBECCA D. EISEN

By _____
Rebecca D. Eisen
Attorneys for Defendant
RBC DAIN RAUSCHER, INC.

Dated: December __, 2006

THIERMAN LAW FIRM
MARK R. THIERMAN

By _____
Mark R. Thierman
Attorneys for Plaintiffs

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATION AND PROPOSED ORDER
CONTINUING HEARING DATE

1-LA/914608.2

## ORDER

Good Cause having been shown, it herby Ordered:

The hearing on Defendant's Motion to Dismiss, or in the Alternative, to Stay Plaintiffs' First Through Fifth and Seventh Causes of Action is continued to January 22, 2007, at 10:00 a.m. Plaintiff's opposition to the motion shall be due on or before Monday January 8, 2007. Defendant's reply to Plaintiffs' opposition, if any, shall be due on or before Tuesday, January 16, 2007.

Dated: 12/15/06

UNITED STATES
DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3                         STIPULATION AND PROPOSED ORDER
                                    CONTINUING HEARING DATE

1-LA/914608.2

|     |
| --- |
| 1   |
| 2   |

## PROOF OF SERVICE

3   I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California 90071-3132.

5   On December _15_, 2006, I served the within document(s):

**STIPULATION AND PROPOSED ORDER CONTINUING HEARING DATE RE DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PLAINTIFFS' FIRST THROUGH FIFTH, AND SEVENTH CAUSES OF ACTION**

X   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

## SERVICE LIST

Mark T. Thierman, Esq.
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
P: (775) 284-1500

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on December _15_, 2006, at Los Angeles, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
LINDA M. RICH